In the Matter of 37–59 CORP., Appellant, v. TAX COMMISSION OF THE CITY OF NEW YORK, Respondent. — In consolidated proceedings to review the assessments of certain real property in the Borough of Queens, City of New York, for taxation for five tax years, i.e., 1959–60 through 1963–64, inclusive, petitioner appeals from a judgment of the Supreme Court, Queens County, entered February 25, 1964, which, after a nonjury trial, reduced the assessed valuations for the years 1960–61, 1962–63, and 1963–64. Judgment modified on the law and the facts by further reducing the assessments for each of the years 1962–63 and 1963–64 to $155,000 for the land and $75,000 for the build-

ing, or a total of $230,000. As so modified, judgment affirmed, with costs. Findings of fact inconsistent herewith are reversed and new findings are made as indicated herein. In our opinion, the assessed valuations for the tax years 1962–63 and 1963–64 were excessive to the extent indicated herein. Beldock, P. J., Christ, Brennan, Hill and Rabin, JJ., concur.